**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHAWN T. KIPP,**


**-vs-**                                                    **Case No.  6:11-cv-357-Orl-22GJK**

**RLM HOME MAINTENANCE, INC.,**

_____

**ORDER**

This cause is before the Court on Plaintiff's Motion for Entry of Final Default Judgment

Against Defendant RLM Home Maintenance, Inc. (Doc. No. 17) filed on November 15, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion

be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no

objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of

law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed December 7, 2011 (Doc. No. 19) is

ADOPTED and CONFIRMED and made a part of this Order.

2.      Plaintiff's Motion for Entry of Final Default Judgment Against Defendant RLM

Home Maintenance, Inc. (Doc. No. 17) is granted in part and denied in part.

3.      The Clerk is directed to enter a Final Default Judgment providing that Plaintiff,

**SHAWN T. KIPP,** recover of the Defendant, **RLM HOME MAINTENANCE, INC.** the sum of

$6,160.00 for overtime wages and liquidated damages, and $2,781.50 for attorneys' fees and costs

for a total of **$8,941.50.**

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 5, 2012.


Copies furnished to:

_____
ANNE C. CONWAY
United States District Judge

Counsel of Record
RLM Home Maintenance, Inc. c/o Robert Mattingly,
Jr.