**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHAWN T. KIPP,

-vs-                                                             Case No. 6:11-cv-357-Orl-22GJK

RLM HOME MAINTENANCE, INC.,

_____

# ORDER

This cause is before the Court on Plaintiff's Motion for Entry of Final Default Judgment Against Defendant RLM Home Maintenance, Inc. (Doc. No. 17) filed on November 15, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 7, 2011 (Doc. No. 19) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff's Motion for Entry of Final Default Judgment Against Defendant RLM Home Maintenance, Inc. (Doc. No. 17) is granted in part and denied in part.

3. The Clerk is directed to enter a Final Default Judgment providing that Plaintiff, **SHAWN T. KIPP,** recover of the Defendant, **RLM HOME MAINTENANCE, INC.** the sum of $6,160.00 for overtime wages and liquidated damages, and $2,781.50 for attorneys' fees and costs for a total of **$8,941.50.**

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 5, 2012.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
RLM Home Maintenance, Inc. c/o Robert Mattingly, Jr.